**[6NOT02]** [Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT  
MIDDLE DISTRICT OF FLORIDA  
ORLANDO DIVISION

In re:                                                            Case No. 6:10–bk–20926–KSJ  
                                                                  Chapter 13

Carla M Page  
2419 Via Genova  
Apopka, FL 32712

_____Debtor(s)_____/

## NOTICE OF DEFICIENT FILING

   THIS IS NOTICE that the pleading titled Chapter 13 Plan (Document No. 13 ) filed by the Debtor on December 6, 2010 , is deficient for the following reason(s):

   The paper referenced service to parties on a mailing matrix, but failed to attach a current mailing matrix obtained from the clerk's office.

   No action will be taken on this pleading until it conforms with the Local Rules or the Federal Rules of Bankruptcy Procedure, pursuant to Local Rule 9011–3.

PLEASE CURE THE ABOVE–STATED DEFICIENCY WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE OR SANCTIONS MAY BE IMPOSED.

*A copy of this notice must accompany your amended pleading. (Note: This requirement does not apply to electronic filers.)*

   DATED on December 7, 2010 .

                         FOR THE COURT  
                         Lee Ann Bennett, Clerk of Court  
                         135 West Central Boulevard Suite 950  
                         Orlando, FL 32801